UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL M. TAYLOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. GARCIA, Warden,<br><br>　　　　Respondent. | CASE NO. ED CV 09-2251-VBF (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED:　　　10/12/11　　　.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\TAYLOR, R 2251\Judgment.wpd